DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

28 JANUARY 2016

| 364P15 | Gaillard Bellows and her husband, Jon Bellows v. Asheville City Board of Education dba Asheville High School and SKA Consulting Engineers, Inc., Formerly Sutton-Kennerly & Associates, Inc., and Zebulon W. Wells, Jr., Individually | Plts' PDR Under N.C.G.S. § 7A-31 (COA15-131) | Denied |
|---|---|---|---|
| 366P15 | In the Matter of: T.F.L., S.D.L., and B.A.N.L. | Respondent-Mother's PDR Under N.C.G.S. § 7A-31 (COA15-144-2) | Denied |
| 368P12-3 | Sherif A. Philips, M.D. v. Pitt County Memorial Hospital, Inc., Paul Bolin, M.D., Ralph Whatley, M.D., Sanjay Patel, M.D., and Cynthia Brown, M.D. | Plt's *Pro Se* Motion for Petition for Reconsideration | Denied |
| 372P15 | William Shannon, M.D. v. Bob Testen, Joseph P. Jordan, and North Carolina Physicians Health Program, Inc. | Plt's PDR Under N.C.G.S. § 7A-31 (COA15-64) | Denied |
| 373A15 | State v. Nisandro Conzelez Sanchez | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA14-1381) <br><br> 2. State's Motion to Dismiss Appeal | 1. — <br><br> 2. Allowed |
| 376A15 | Paramount RX, Inc. v. Robert E. Duggan and Agility, Inc. | Plt's Motion to Stay the Appeal | Allowed **12/21/2015** |
| 377P15 | State v. Victor Jay Crisco, Jr. | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-272) <br><br> 2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 <br><br> 3. Def's Motion to Withdraw Def's *Pro Se* PDR | 1. Denied <br><br> 2. — <br><br> 3. Allowed |
| 378P15 | State v. Eric Cornell Wilson | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-234) | Denied |